

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2014

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.,** WRH Energy Partners, L.L.C., William R."Bill" Huff,
Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY,**
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellants The Huff Energy Fund, L.P. and WRH Energy Partners L.L.C.'s unopposed first motion for extension of time to file reply brief is hereby GRANTED. Time is extended to May 28, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court